✍ ORIGINAL          JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :   NOTICE OF INTENT TO
                                       FILE AN INFORMATION
        -v.-                       :
                                       08 Mag. 1061
DAVID SANTANA,                     :

               Defendant.          :   **08 CRIM 738**

- - - - - - - - - - - - - - - - - x

   Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        August 7, 2008

                               MICHAEL J. GARCIA
                               United States Attorney

                          By:  /s/ Amie N. Ely
                               AMIE N. ELY
                               Assistant United States Attorney

                               AGREED AND CONSENTED TO:

                          By:  /s/ Steven M. Statsinger
                               STEVEN M. STATSINGER, ESQ.
                               Attorney for David Santana

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/8/08]

8/8/08   WHEEL A