UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK JUDGE PRESKA

- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

INFORMATION

- v. - :

08 Cr.

DAVID SANTANA,

Defendant.

08 CRIM 738

- - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

On or about April 1, 2008, in the Southern District of New York, DAVID SANTANA, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 18, 1990, in Bronx Supreme Court, for Robbery in the First Degree, which caused serious injury, in violation of New York Penal Law 160.15(1), a Class B felony, did possess in and affecting commerce, a firearm, to wit, a Smith and Wesson .40 caliber pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: AUG 11 2008

Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVID SANTANA,

Defendant.

<u>Information</u>

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

Pitman J.

AUSA ELY pres. Deft pres w/ atty ... 
Filed waiver of Indictment + Information
Deft pleads N/G. Time is excluded until 8/18/08 (Next PTC). Cont'd detained.

8/11/08